11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

David Longoria Gonzales,                          * From the 266th District
                                                            Court of Erath County,
                                                            Trial Court No. CR13797.

Vs. No. 11-13-00030-CR                         * June 13, 2013

The State of Texas,                                 * Per Curiam Memorandum Opinion
                                                            (Panel consists of: Wright, C.J.,
                                                            McCall, J., and Willson, J.)

        This court has inspected the record in this cause and concludes that the appeal
should be dismissed.   Therefore, in accordance with this court's opinion, the appeal
is dismissed.